IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF ALASKA

IN THE MATTER OF ~~THE SEARCH OF INFORMATION ASSOCIATED WITH~~

CENEN PLACENCIA

Case No. 3:19-mj-00569-MMS

11/21/19

Filed Under Seal

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND WARRANT FOR ARREST

1. On or about November 20, 2019, CENEN PLACENCIA, the defendant herein, did knowingly and intentionally possess with intent to distribute controlled substances in the District of Alaska. All in violation of Title 21, United States Code 841 § (a) (1) and (b) (1) (B). And the complaint further states:

## INTRODUCTION

2. I have been a Special Agent with Coast Guard Investigative Service ("CGIS") since January 2005. My duties and responsibilities include executing and serving federal warrants and subpoenas, making arrests, and investigating violations of federal law. As a CGIS Special Agent I have participated in a wide array of criminal investigations to include violent crimes and drug-related crimes, including Title 21, United States Code 841 § (a) (1) and (b)(1)(B).

3. This affidavit is made in support of a complaint charging that CENEN PLACENCIA did knowingly and intentionally attempt to possess with intent to distribute controlled substances. All in violation of Title 21, United States Code 841 § (a) (1) and (b) (1) (B).

Page 1 of 5

NOV 2 1 2019

4. I make this affidavit based upon personal knowledge and discussion with law enforcement personnel from CGIS and the Alaska State Troopers ("AST"). Because this affidavit is being submitted for the limited purpose of supporting the charges contained in the complaint, I have not set forth each and every fact known to me regarding this matter.

## INVESTIGATION

5. On March 11, 2019, a State of Alaska search warrant was executed on CENEN PLACENCIA's residence in Kodiak, Alaska. During this warrant approximately 247.3 grams of suspected heroin along with $2,279.00 in suspected drug proceeds was seized from CENEN PLACENCIA's residence.

6. Investigators had also received information from an AST Confidential Informant on July 25, 2019 who has provided reliable information to investigators in the past that CENEN PLACENCIA has previously used a lamb carcass to transfer drugs from Anchorage to Kodiak. According to AST, this Confidential Informant has two prior felonies for delivery and possession of controlled substances and misdemeanor convictions for vehicle and assault and the motivation of this Confidential Informant is to mitigate their exposure to potential criminal charges. Additionally, AST has not financially compensated this Confidential Informant.

7. On November 20, 2019 at approximately 8:00 a.m., Investigators from the AST Anchorage Airport Interdiction Team (AAIT) contacted CENEN PLACENCIA consensually at the Anchorage International Airport. CENEN PLACENCIA was ticketed

on Ravn Airlines Flight 888 departing to Kodiak at 8:30 a.m. During this contact, CENEN PLACENCIA provided law enforcement his consent to search his checked luggage, which consisted of a large fish box. The box was taped shut with duct tape and a rope tied around the box. The luggage tag indicated the box weighed approximately 47 pounds.

8. Pursuant to CENEN PLACENCIA's consent, the box was opened and a large mass of miscellaneous meat was observed inside. The meat was wrapped loosely in two layers of heavy plastic, which were taped shut with duct tape. The meat appeared to be numerous small pieces frozen together in a single large mass. The meat appeared to have some pieces of animal skin and did not appear to be for human consumption. Investigators conducting the investigation at this time opined the meat was packaged in a manner inconsistent with how meat is normally packaged and shipped.

9. CENEN PLACENCIA consented to Investigators thawing and searching the meat while he waited for the next Kodiak flight with a 1:00 p.m. departure on November 20, 2019. While the meat was thawing, Investigators detected an odor consistent with spoiled meat or that of meat no longer safe for consumption.

10. Additionally, a law enforcement narcotics detection canine conducted a sniff of the box and alerted to the presence of narcotics.

11. Before the meat thawed and searched, CENEN PLACENCIA revoked consent, at which point the search concluded pending the application of a search warrant through a State of Alaska court.

12. State of Alaska Court Search Warrant (3AN-19-4004SW) was granted and the search of the fish box resumed. During this search, Investigators opened the contents of the frozen meat and located 10 slightly larger than golf ball sized balls of duct tape inside the intestine of what Investigators believed to be a goat.

13. During further inspection, it was determined that inside of the duct tape wrapped balls were plastic bags containing what appeared to be heroin and methamphetamine. In total, six packages containing approximately 740.5 grams of heroin and six packages of approximately 389 grams of methamphetamine were identified and seized pursuant to the State of Alaska search warrant. Investigators noted two of the methamphetamine packages were wet from the moisture associated with the contents of the fish box and the weight previously specified reflects both the wet and dry methamphetamine seized. Both the suspected methamphetamine and heroin seized were field tested and observed to be presumptive positive as methamphetamine and heroin.

14. Additional investigation revealed CENEN PLACENCIA had rebooked and checked in to Ravn Air flight 892 with service from Anchorage to Kodiak departing at 5:40 p.m.

15. On or about 4:00 p.m. on November 20, 2019, CENEN PLACENCIA was contacted in the Domestic Terminal at the Anchorage Airport and agreed to participate in a law enforcement interview.

16. Your affiant, and other Investigators, conducted a Mirandized Interview with CENEN PLACENCIA who stated he packed the box himself and purchased the goat

NOV 2 1 2019

for $140 from a rancher in California. Moreover, CENEN PLACENCIA made statements he intended to eat the goat intestines and denied having any knowledge of the methamphetamine and heroin found inside the goat.

17. Based upon the foregoing information, I respectfully submit that there is probable cause to believe CENEN PLACENCIA knowingly and willfully possessed with intent to distribute controlled substances. All in violation of Title 21, United States Code 841 § (a) (1) and (b)(1)(B).

Dated this 21st day of November, 2019

Adam Carron,
Special Agent
CGIS

Subscribed and sworn to before me this
21 day of November, 2019

MATTHEW M. SCOBLE
United States Magistrate Judge
District of Alaska
Anchorage, Alaska

